**COURT OF APPEALS FOR THE**
**FIRST DISTRICT OF TEXAS AT HOUSTON**



ORDER ON EMERGENCY MOTION FOR TEMPORARY RELIEF

Appellate case name:       In re Bobby B. Dash, Relator

Appellate case number:    01-18-00725-CV

Trial court case number:   2017-16096

Trial court:                        152nd District Court of Harris County

The panel has voted to dismiss as moot relator's pro se emergency motion for temporary relief.

It is so ORDERED.

Judge's signature:    __/s/ Evelyn V. Keyes_____
                          x  Acting for the Panel

Panel consists of:  Chief Justice Radack and Justices Keyes and Bland.

Date:  __November 29, 2018_____